IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRADLEY WATSON,**

    **Plaintiff,**

  **vs.**                                               **Civil Action 2:10-CV-538**
                                                          **Judge Marbley**
                                                          **Magistrate Judge King**

**RONALD NICHOLS,** *et al.*,

    **Defendants.**

<u>ORDER</u>

Plaintiff has asked that, because of a scheduling conflict, the June 13, 2011 Settlement Week mediation be vacated and reset. Doc. No. 23.

Plaintiff's motion, Doc. No. 23, is **GRANTED**.

Plaintiff's counsel is **DIRECTED** to consult with the assigned mediator with a view to rescheduling the mediation. Counsel shall advise the Court of the time and date of the rescheduled mediation.

<u>June 1, 2011</u>                                      <u>  *s/Norah McCann King*  </u>
                                                                   Norah M<sup>c</sup>Cann King
                                                      United States Magistrate Judge