**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **BRADLEY WATSON,** | : | |
| Plaintiff, | : | Case No. 2:10-CV-00538 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| **CITY OF MARYSVILLE, OHIO, et al.,** | : | Magistrate Judge Norah McCann King |
| Defendants. | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 20, 2012 Order, the Court GRANTED Defendant's Motion for Summary Judgment.  Plaintiffs federal causes of action, contained in Counts I through V, are hereby DISMISSED with prejudice.  Plaintiffs remaining state law claims are DISMISSED, without prejudice.

Date: **March 20, 2012**            James Bonini, Clerk

                                        s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk