# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **BRADLEY WATSON,** | : | |
| Plaintiff, | : | Case No. 2:10-CV-00538 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| **CITY OF MARYSVILLE, OHIO, et al.,** | : | Magistrate Judge Norah McCann King |
| Defendants. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the March 20, 2012 Order, the Court GRANTED Defendant's Motion for Summary Judgment. Plaintiffs federal causes of action, contained in Counts I through V, are hereby DISMISSED with prejudice. Plaintiffs remaining state law claims are DISMISSED, without prejudice.

Date: **March 20, 2012**          James Bonini, Clerk


                                  s/Betty L. Clark
                                  Betty L. Clark/Deputy Clerk